[No. 16844-8-II.    Division Two.    May 17, 1995.]

JACK REISS, ET AL, *Respondents*, v. ALAN SVEHAUG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-02628-1, Thomas L. Lodge, J., entered Janu-

ary 7, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.